No. 516.  OHIO OIL CO. *v.* UNITED STATES, *ante,* p. 833. Rehearing denied.

APRIL 5, 1948.

No. 675.  MARSHALL *v.* LOUISIANA.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  *Leonard Lloyd Lockard* for appellant. *Edwin L. Blewer* for appellee.

No. 138.  JOHNSON *v.* UNITED STATES, 333 U. S. 46. The motion of the respondent to recall and redirect the mandate to the Circuit Court of Appeals is denied.

No. 147, Misc.  UNITED STATES EX REL. LUDECKE *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION.  The petition for rehearing is granted.  The order entered January 12, 1948, denying certiorari, 332 U. S. 853, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted.  Relator *pro se.  Solicitor General Perlman, Herbert A. Bergson* and *Samuel D. Slade* for respondent.

No. 413, Misc.  IN RE EICHEL ET AL.  Petition denied.

No. 216, Misc.  MARKWELL *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Circuit Court of Knox County, Illinois, dismissed on motion of petitioner.